NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000396
13-JUN-2018
09:44 AM

NO. CAAP-15-0000396


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PATRICIA E.G. ADAMS, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BRENT ADAMS, AND IN HER PERSONAL CAPACITY, Plaintiffs-Appellants, v. HAWAII MEDICAL SERVICE ASSOCIATION, Defendant-Appellee, and JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1388)


ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on June 8, 2018 (docket no. 102) in the above case is corrected as follows:

Attorney Tred R. Eyerly's name is misspelled. The portion of the attorney credits that read "(Jouxson-Meyers & Del Castillo; James C. McWhinnie and Tred R. Everly, with him on the briefs; Damon Key Leong Kupchak Hastert)" shall read "(Jouxson-Meyers & Del Castillo; James C. McWhinnie and Tred R. Eyerly, with him on the briefs; Damon Key Leong Kupchak Hastert)"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 13, 2018.

Associate Judge

---

[1] Ginoza, Chief Judge, Fujise and Reifurth, JJ.